```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

      -v-                                                        No. 19 MJ 05889-UA

EZZARD MURRAY,

        Defendants.

-------------------------------------------------------x

<u>ORDER</u>

        A bail appeal hearing having been held before the undersigned today, the conditions set by Magistrate Judge Fox on July 17, 2019, are modified by the addition of a condition of a curfew to be set by Pretrial Services and enforced by RF electronic monitoring. Defendant must comply with the conditions of electronic monitoring, including but not limited to staying in the approved residential premises during the hours required by the curfew and the residence must have an approved land telephone line. All conditions must be met before release.

        SO ORDERED.

Dated: New York, New York
       July 17, 2019

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge
                                                                  Part I